**FILED**

MAR 2 3 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:06-cr-00299 AWI |
| Plaintiff, ) | |
| ) | **ORDER RE APPOINTMENT** |
| v. ) | **OF ADVISORY COUNSEL** |
| ) | |
| KEITH DAVID GOODWIN, ) | |
| Defendant. ) | |

On March 20, 2007, Defendant filed his Ex-Parte Motion for Appointment of Advisory Counsel. Having reviewed Defendant's motion, the court now finds that good cause exists to order the appointment of advisory counsel to assist Defendant in the preparation and presentation of his case.

THEREFORE, IT IS HEREBY ORDERED that advisory counsel be appointed to assist Defendant in the preparation and presentation of his case. A copy of this Order shall be sent to the Fresno Office of the Federal Defender for the Eastern District of California to take appropriate action consistent with this Order.

IT IS SO ORDERED.

DATED: 3-22-07

_____
ANTHONY W. ISHII
UNITED STATES DISTRICT JUDGE