

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KEITH DAVID GOODWIN, ) <br> ) <br> Defendant. ) <br> ) | 1:06-cr-00299 AWI <br><br> ORDER RE APPOINTMENT <br> OF STANDBY COUNSEL |

On March 20, 2007, Defendant filed his Ex-Parte Motion for Appointment of Advisory Counsel. Having reviewed Defendant's motion, the court now finds that good cause exists to order the appointment of standby counsel to assist Defendant in the preparation and presentation of his case.

THEREFORE, IT IS HEREBY ORDERED that standby counsel be appointed to assist Defendant in the preparation and presentation of his case. A copy of this Order shall be sent to the Fresno Office of the Federal Defender for the Eastern District of California to take appropriate action consistent with this Order.

IT IS SO ORDERED.

DATED: 4-27-07
Effective 3-23-07

ANTHONY W. ISHII
UNITED STATES DISTRICT JUDGE