FILED

FEB 19 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR F 06-299 AWI |
| Plaintiff, ) | ORDER RE FRESNO COUNTY |
| ) | JAIL PERSONAL HYGIENE |
| v. ) | ACCESS |
| ) | |
| KEITH DAVID GOODWIN, ) | |
| Defendant. ) | |

The court has previously granted Defendant's motion to proceed Pro Se / Pro Per in this case. Defendant is currently incarcerated in the Fresno County Jail. On January 29, 2008 jury trial commenced in this case. On February 15, 2008, Defendant appeared in court and stated that he is now in disciplinary detention status in the Fresno County Jail. Defendant further stated that he has not had regular access to shower facilities or shaving razors that properly function. The court acknowledges that the Fresno County Jail has the responsibility for determining the custody status of its inmates and for providing for adequate personal hygiene, and the court does not wish to interfere with these responsibilities.

However, the court recognizes that, during a jury trial, an incarcerated defendant is in constant view of the jury and that the incarcerated defendant has a legitimate concern regarding his/her personal hygiene appearance before the jury. The court also recognizes that personal hygiene, such as showering and grooming, may have an impact on the physical and psychological well being of an incarcerated defendant while in court during a jury trial.

THEREFORE, IT IS ORDERED that the Fresno County Jail provide daily showering access and adequate numbers of shaving razors, including more than one razor at a time, to defendant, Keith David Goodwin, at reasonable times and manner consistent with any necessary security precautions.

IT IS SO ORDERED.

DATED: 2-15-08

ANTHONY W. ISHII
UNITED STATES DISTRICT JUDGE