```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  STANLEY A. BOONE
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone: (559)  497-4000
 5
 6              IN THE UNITED STATES DISTRICT COURT FOR THE
 7                    EASTERN DISTRICT OF CALIFORNIA
 8
 9  UNITED STATES OF AMERICA,      )   1:06CR00299 AWI
                                   )
10               Plaintiff,        )
                                   )
11       v.                        )   PRELIMINARY ORDER OF
                                   )   FORFEITURE
12                                 )
                                   )
13  KEITH DAVID GOODWIN,           )
     aka Mark Greenburg,           )
14                                 )
                 Defendant.        )
15                                 )
    _____)
16
```

17    Based upon the guilty verdict entered March 4, 2008, against
18 defendant Keith David Goodwin and defendant's subsequent
19 stipulation to the forfeiture of $589.02 in United States currency
20 as proceeds of his crimes of conviction, it is hereby

21    ORDERED, ADJUDGED AND DECREED as follows:

22    1.   Pursuant to 18 U.S.C. § 982(a)(2)(B), incorporating 21
23 U.S.C. § 853(n), defendant Keith David Goodwin's interest in the
24 following property shall be condemned and forfeited to the United
25 States of America, to be disposed of according to law:

26         a)   Approximately $589.02 in U.S. Currency.

27    2.   The Courts finds that the above-listed property
28 constitutes or was derived from proceeds the defendant obtained,
   directly or indirectly, as the result of violations of Title 18,

1  United States Code, Sections 1028, 1029, or conspiracy to commit
2  such offenses.
3       3.   Pursuant to Rule 32.2(b), the Attorney General (or a
4  designee) shall be authorized to seize the above-listed property.
5  The aforementioned property shall be seized and held by the United
6  States Marshals Service in its secure custody and control.
7       4.   a.   Pursuant to 21 U.S.C. § 853(n) and Local Rule 83-171,
8  the United States forthwith shall publish at least once for three
9  successive weeks in the <u>Fresno Business Journal</u> (Fresno County), a
10 newspaper of general circulation located in the county in which the
11 above-listed property was seized, notice of this Order, notice of
12 the Attorney General's intent to dispose of the property in such
13 manner as the Attorney General may direct, and notice that any
14 person, other than the defendant, having or claiming a legal
15 interest in the above-listed property must file a petition with the
16 Court within thirty (30) days of the final publication of the
17 notice or of receipt of actual notice, whichever is earlier.
18            b.   This notice shall state that the petition shall be
19 for a hearing to adjudicate the validity of the petitioner's
20 alleged interest in the property, shall be signed by the petitioner
21 under penalty of perjury, and shall set forth the nature and extent
22 of the petitioner's right, title, or interest in the property and
23 any additional facts supporting the petitioner's claim and the
24 relief sought.
25            c.   The United States may also, to the extent
26 practicable, provide direct written notice to any person known to
27 have alleged an interest in the property that is the subject of the
28 Order of Forfeiture, as a substitute for published notice as to

those persons so notified.

    5.    If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 982(a)(2)(B), incorporating 21 U.S.C. § 853(n) in which all interests will be addressed.

IT IS SO ORDERED.

**Dated:  March 14, 2008**                  **/s/ Anthony W. Ishii**
                                                     UNITED STATES DISTRICT JUDGE