McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:06CR00299 AWI |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | *AMENDED* PRELIMINARY ORDER OF FORFEITURE |
| | ) | |
| | ) | |
| KEITH DAVID GOODWIN, | ) | |
| aka Mark Greenburg, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Based upon the guilty verdict entered March 4, 2008, against defendant Keith David Goodwin and defendant's subsequent stipulation to the forfeiture of $589.02 in United States currency as proceeds of his crimes of conviction, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1.   Pursuant to 18 U.S.C. § 982(a)(2)(B), defendant Keith David Goodwin's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

       a)   Approximately $589.02 in U.S. Currency.

2.	The Courts finds that the above-listed property constitutes or was derived from proceeds the defendant obtained, directly or indirectly, as the result of violations of Title 18, United States Code, Sections 1028, 1029, or conspiracy to commit such offenses.

3.	Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States Marshals Service in its secure custody and control.

4.	The United States may, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Order of Forfeiture.

5.	If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 982(a)(2)(B), in which all interests will be addressed.

IT IS SO ORDERED.

**Dated:   April 1, 2008**             /s/ Anthony W. Ishii
                                      UNITED STATES DISTRICT JUDGE

2