1  KEITH D. GOODWIN
   DEFENDANT IN PRO PER
2  P.O. BOX 872
   FRESNO, CA 93712
3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9            **EASTERN DISTRICT OF CALIFORNIA-FRESNO**

10

11  UNITED STATES OF AMERICA,           )   Case Number 1:06-CR-299 AWI
                                        )
12                  Plaintiff,          )   **FIRST AMENDED STIPULATION AND**
                                        )   **ORDER TO CONTINUE SENTENCING**
13  v.                                  )   **HEARING**
                                        )
14  KEITH DAVID GOODWIN, and Does 1     )
    through 25, inclusive,              )
15                                      )
                    Defendants.         )
16                                      )
                                        )
17

18          IT IS HEREBY STIPULATED by and between the parties herein that the

19  sentencing hearing presently set for May 19, 2008 at 9:00 a.m. can be continued to August 18,

20  2008, at 9:00 a.m. for good cause.  Good cause is stipulated to in that the defendant needs to

21  subpoena documents regarding his criminal history for use at the time of his sentencing hearing,

22  and there is a need to request additional transcripts of witness testimony during trial for use at the

23  sentencing hearing.

24

25  Dated: May 9, 2008.                 /s/ Gary Huss
                                        Gary Huss, Advisory Counsel for
26                                      Keith Goodwin

27  Dated: May 8, 2008.                 /s/ Stan Boone
                                        Stan Boone, Assistant U.S. Attorney
28

FIRST AMENDED STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING

1   Dated: May 9, 2008.                         /s/ Keith Goodwin
                                                Keith Goodwin, In Pro Per
2                                               Defendant

3

4                              **ORDER**

5          GOOD CAUSE appearing and upon stipulation of the parties and their counsel,

6   the sentencing hearing of the defendant, KEITH GOODWIN is continued to August 18, 2008, at

7   9:00 a.m.

8

9   IT IS SO ORDERED.

10  **Dated:    May 12, 2008**                        **/s/ Anthony W. Ishii**
                                                UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FIRST AMENDED STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING