KEITH D. GOODWIN
DEFENDANT IN PRO PER
P.O. BOX 872
FRESNO, CA 93712



**LODGED**
MAY 2 3 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

**FILED**
MAY 28 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA-FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case Number 1:06-CR-299 AWI |
| Plaintiff, ) | **ORDER** |
| v. ) | |
| KEITH DAVID GOODWIN, and Does 1 through 25, inclusive, ) | |
| Defendants. ) | |

The application for subpoena duces tecum, filed by Defendant KEITH DAVID GOODWIN, is hereby granted to authorize issuance of a subpoena duces tecum to the **Fresno County District Attorney's Office**, 2220 Tulare Street, Ste. 1000, Fresno, CA 93721, for the following documents, pursuant to Rule 17(c) of the Federal Rules of Criminal Procedure for production of documents related to prior cases related to Keith David Goodwin as listed below:

1. Case No. 557704-4 (V.C. 10851):

    a) Letter from Michael Automotive Center, Michael Rosvold, asking the court that I be granted probation.

    b) Sentencing Transcript dated September 8, 1997

    c) Original Police Report (redactions O.K.)

2. Case No. 572142-8 (P.C. 243 (d)) Date of conviction: 2/14/1997

ORDER

       a) Original Police Report

       b) Sentencing Transcript

       c) Preliminary Hearing Transcript

3. Case No. 584448-5 (P.C. 245 (a)(1)) Date of conviction: 9/8/1997

       a) Original Police Report

       b) Change of plea transcript

       c) Preliminary Hearing Transcript

       d) Sentencing Transcript dated October 8, 1997

       e) Probation report for sentencing on October 8, 1997

4. Case No. 638216-2 (Two counts of P.C. 496(a))

       a) Original Police Report

       b) Sentencing Transcript

*[handwritten:]* ONLY if in possession of Fresno County District Attorney's Office.

DATED: 5-29-08

                                         _____
                                         Judge of the United States District Court

2

ORDER