KEITH D. GOODWIN
DEFENDANT IN PRO PER
P.O. BOX 872
FRESNO, CA 93712

LODGED
MAY 2 3 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

FILED
MAY 29 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA-FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Number 1:06-CR-299 AWI |
| Plaintiff, | **ORDER** |
| v. | |
| KEITH DAVID GOODWIN, and Does 1 through 25, inclusive, | |
| Defendants. | |

The application for subpoena duces tecum, filed by Defendant KEITH DAVID GOODWIN, is hereby granted to authorize issuance of a subpoena duces tecum to the **Fresno County Public Defender's Office**, 2220 Tulare Street, Ste. 300, Fresno, CA 93721, for the following documents, pursuant to Rule 17(c) of the Federal Rules of Criminal Procedure for production of documents related to prior cases related to Keith David Goodwin as listed below:

1. Case No. 557704-4 (V.C. 10851):

    a) Letter from Michael Automotive Center, Michael Rosvold, asking the court that I be granted probation.

    b) Sentencing Transcript dated September 8, 1997

    c) Original Police Report (redactions O.K.)

2. Case No. 572142-8 (P.C. 243 (d)) Date of conviction: 2/14/1997

ORDER

1                  a) Original Police Report

2                  b) Sentencing Transcript

3                  c) Preliminary Hearing Transcript

4       3. Case No. 584448-5 (P.C. 245 (a)(1)) Date of conviction: 9/8/1997

5                  a) Original Police Report

6                  b) Change of plea transcript

7                  c) Preliminary Hearing Transcript

8                  d) Sentencing Transcript dated October 8, 1997

9                  e) Probation report for sentencing on October 8, 1997

10      4. Case No. 638216-2 (Two counts of P.C. 496(a))

11                 a) Original Police Report

12                 b) Sentencing Transcript

13 *ONLY if in possession of Fresno County Public Defender's Office.*

14 DATED: 5-29-08

15                                       Judge of the United States District Court

2

ORDER