IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:06-cr-**00299 AWI** |
| | ) | |
| Plaintiff, | ) | ORDER RE EX PARTE |
| | ) | MOTION FOR ORDER |
| v. | ) | GRANTING ADDITIONAL |
| | ) | FUNDS FOR INVESTIGATOR |
| KEITH DAVID GOODWIN, | ) | |
| | ) | |
| Defendant. | ) | |

On August 7, 2008, Defendant filed his Ex Parte Motion For Order Granting Additional Funds For Investigator. In Defendant's motion, Defendant requests additional funds for " . . . court appointed licensed investigator Rick Barclay . . . traveling to Texas to meet with and interview and videotape the sworn deposition of Garrett Michael Goodwin." The court has reviewed the motion and exhibits in support of the motion. The court is also well aware of the evidentiary and procedural issues relating to Garrett Michael Goodwin that arose throughout the pretrial and trial proceedings in this case.

The court is satisfied that at this time, based upon all of the information available to the court, granting Defendant's motion is unwarranted. Defendant may, if he so chooses, submit a declaration signed under penalty of perjury by Garrett Michael Goodwin, if he so chooses, in support of any post trial motions or sentencing issues. Thereafter, should the court determine that the deposition or live testimony of Garrett Michael Goodwin would be necessary for the consideration and resolution of any motion or sentencing issues, the court will so inform the parties.

1    THEREFORE, IT IS HEREBY ORDERED that Defendant's Ex Parte Motion For Order Granting Additional Funds For Investigator is DENIED.

IT IS SO ORDERED.

**Dated:   August 13, 2008**                         /s/ Anthony W. Ishii
                                                     CHIEF UNITED STATES DISTRICT JUDGE

2