**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | 1:06-cr-**00299 AWI** |
| Plaintiff, | ) | |
| | ) | **ORDER RE EX PARTE** |
| v. | ) | **MOTION FOR AN ORDER TO PREPARE AND PRODUCE** |
| | ) | **TRANSCRIPTS AND** |
| **KEITH DAVID GOODWIN,** | ) | **AUTHORIZATION FOR FEES** |
| | ) | **AND PAYMENT TO FEDERAL** |
| Defendant. | ) | **COURT REPORTER GAIL** |
| | ) | **THOMAS FOR THOSE** |
| | | **TRANSCRIPTS** |

On August 7, 2008, Defendant filed his Ex Parte Motion For An Order To Prepare And Produce Transcripts And Authorization For Fees And Payment To Federal Court Reporter Gail Thomas For Those Transcripts. In Defendant's motion, Defendant sets forth two bases for the granting of his motion. The first basis is for " . . . two separate and still pending area's and issues of this case." Defendant refers to "prosecutorial misconduct" and set forth an extensive discussion regarding Garrett Goodwin. The second basis appears to relate to factual disputes in the preliminary draft of the presentence report. At pages 11 and 12 of his motion, Defendant requests transcripts of hearings, closing arguments, testimony of fourteen trial witnesses, and discussions and arguments held outside the presence of the jury during the trial.

The court has reviewed the motion and the attached declarations. The court is well aware of the pretrial and trial evidentiary and procedural issues relating to Garrett Goodwin.

The court is well aware of the trial proceedings, including the various legal matters and trial testimony. The court is satisfied that at this time, based upon all of the information available to the court, granting Defendant's motion is unwarranted.

Defendant may, if he so chooses, submit a declaration signed under penalty of perjury by Garrett Goodwin, if he so chooses, in support of any post trial motions or sentencing issues. Thereafter, should the court determine that the deposition or live testimony of Garrett Goodwin would be necessary for the consideration and resolution of any motions or sentencing issues, the court will so inform the parties.

Defendant may, if he so chooses, reference any of the trial proceedings, including the various legal matters and trial testimony, in any post trial motions or sentencing issues. If a specific factual dispute relating to the trial proceedings arises during the course of any post trial motion or sentencing issue, the court will consider allowing the parties to request the transcript of the relevant <u>specific</u> portion of the trial proceedings at issue.

The court, at this time, finds that an in camera hearing with Defendant on these matters is unnecessary and unwarranted.

THEREFORE, IT IS HEREBY ORDERED that Defendant's Ex Parte Motion For An Order To Prepare And Produce Transcripts And Authorization For Fees And Payment To Federal Court Reporter Gail Thomas For Those Transcripts is DENIED.

IT IS SO ORDERED.

**Dated:   August 13, 2008**         /s/ **Anthony W. Ishii**
                                                         CHIEF UNITED STATES DISTRICT JUDGE