McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
SHEILA K. OBERTO
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTOPHER LEROY SEALS <br><br> Defendant. | 1:06-CR-00299 AWI <br><br> STIPULATION TO CONTINUE SENTENCING and ORDER |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Stanley A. Boone, Assistant United States Attorney for Plaintiff, and Barbara O'Neill, Attorney for Defendant, CHRISTOPHER LEROY SEALS, that the Sentencing Hearing presently set for December 8, 2008, at 9:00 a.m., may be continued to January 5, 2009, at 9:00 a.m.

This continuance is necessary to allow the parties the opportunity to further discuss this matter before sentencing.

                                                        Respectfully submitted,

                                                        McGREGOR W. SCOTT
                                                        United States Attorney

DATED: December 4, 2008          By     /s/ Stanley A. Boone
                                                        STANLEY A. BOONE
                                                        Assistant U.S. Attorney

1

| | |
|---|---|
| DATE: December 4, 2008 | By    /s/ Barbara H. O'Neill<br>BARBARA H. O'NEILL<br>Attorney for Christopher Leroy Seals |

### ORDER

IT IS HEREBY ORDERED that the sentencing hearing presently set for December 8, 2008, at 9:00 a.m., is continued until January 5, 2009, at 9:00 a.m.

IT IS SO ORDERED.

**Dated:    December 4, 2008**              /s/ Anthony W. Ishii
                                      CHIEF UNITED STATES DISTRICT JUDGE

2