```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  STANLEY A. BOONE
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone: (559)  497-4000
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                     EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,     )    1:06CR00299 AWI
                                  )
12              Plaintiff,        )
                                  )
13       v.                       )    FINAL ORDER OF FORFEITURE
                                  )
14  KEITH DAVID GOODWIN,          )
     aka Mark Greenburg,          )
15                                )
                Defendant.        )
16  _____)
```

17       WHEREAS, on or about April 2, 2008, this Court entered an

18  *Amended* Preliminary Order of Forfeiture pursuant to the provisions

19  of 18 U.S.C. § 982(a)(2)(B), based upon the jury conviction entered

20  against defendant Keith David Goodwin forfeiting to the United

21  States the following property:

22       a.   Approximately $589.02 in U.S. Currency.

23       AND WHEREAS, beginning on April 17, 2008, for at least 30

24  consecutive days, the United States published notice of the Court's

25  *Amended* Order of Forfeiture on the official internet government

26  forfeiture site www.forfeiture.gov. Said published notice advised

27  all third parties of their right to petition the court within sixty

28  (60) days from the first day of publication of the notice for a

hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 982(a)(2)(B), to be disposed of according to law, including all right, title, and interest of Keith David Goodwin.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

**Dated:   December 23, 2008**              /s/ Anthony W. Ishii
                                            CHIEF UNITED STATES DISTRICT JUDGE