IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>KEITH DAVID GOODWIN,<br><br>    Defendant. | Case No.: 1:06-CR-00299-001 LJO<br><br>ORDER OF RELEASE |

A hearing was held on May 8, 2018.

The defendant shall be released with the same previously ordered conditions of supervised release issued on 9/5/2017, in addition to conditions stated on the record on May 8, 2018, incorporated herein. The Defendant is ORDERED to be in the courtroom of the undersigned on June 4, 2018 at 8:30 a.m. for Disposition.

IT IS HEREBY ORDERED that the defendant shall be released forthwith.

IT IS SO ORDERED.

Dated: **May 8, 2018**                    /s/ Lawrence J. O'Neill
                                                          UNITED STATES CHIEF DISTRICT JUDGE